AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USA<br>V.<br>SHELTON TERRY | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: MJ 05-00039 |

| PRESIDING JUDGE<br>SOROKIN | PLAINTIFF'S ATTORNEY<br>G. MACKINLAY | DEFENDANT'S ATTORNEY<br>G. GORMLEY |
|---|---|---|
| TRIAL DATE (S)<br>DTN HRG - 7/13/05 | COURT REPORTER | COURTROOM DEPUTY<br>MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | | | | MARK CELIA, BROCKTON POLICE DEPT |
| 1 | | 7/13/05 | X | X | PHOTO TAKEN OF THE DAMAGED SIGN |
| 2 | | 7/13/05 | X | X | PHOTO TAKEN OF THE DAMAGED FENCE |
| 3 | | 7/13/05 | X | X | PHOTO TAKEN OF THE DAMAGED CAR |
| 4 | | 7/13/05 | X | X | LAB REPORT ON THE DRUGS FOUND |
| 5 | | 7/13/05 | X | X | CITATIONS ISSUED |
| 6 | | 7/13/05 | X | X | PHOTO TAKEN OF THE PARTIALLY STANDING SIGN POST |
| | 7 | 7/13/05 | X | X | PHOTO TAKEN OF PIECES OF SIGN POST |
| | 8 | 7/13/05 | X | X | PHOTO TAKEN OF DAMAGED CAR |
| | 9 | 7/13/05 | X | X | DIAGRAM DISCUSSED BETWEEN WITNESS AND DEFENSE COUNSEL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages