AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**SHELTON C. TERRY**

**WARRANT FOR ARREST**

Case Number: 05mj00039-LTS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SHELTON C. TERRY**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Possession with Intent to Distribute, and to Distribute, Cocaine Base also known as "Crack Cocaine"**

in violation of Title  **21**  United States Code, Section(s)  **841(a)(1)**  .

Leo T. Sorokin                               U.S. Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                  June 28, 2005; Boston, MA
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |
| WARRANT EXECUTED BY _DEA_ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON _06/28/05_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |

Stamp: RECEIVED 2005 JUN 28 A 11:59 U.S. MARSHAL SERVICE BOSTON, MA